IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AXIOM SPACE, INC., <br> Plaintiff, <br> <br> v. <br> <br> OPUS SOLARIS, LLC, and <br> BETH DEAN-POPE, <br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | <br> <br> <br> Civil No. 4:25-cv-01262 <br> **JURY DEMANDED** <br> **DAMAGES, PRELIMINARY** <br> **INJUNCTION, AND PERMANENT** <br> **INJUNCTION REQUESTED** |

## NOTICE OF VOLUNTARY DISMISSAL

Consistent with Federal Rule of Civil Procedure 41(a)(1), Axiom Space, Inc. files this notice of dismissal without prejudice as to the claims asserted in this lawsuit. As part of the settlement among the parties, Axiom Space will file a further notice by April 17, 2026, notifying the Court as to whether those claims can be dismissed with prejudice.

Dated: June 11, 2025

Respectfully submitted,

*/s/ Jesse Snyder*
Jesse Snyder (Attorney in Charge)
Texas Bar No. 24083884
1700 Pennsylvania Avenue, NW Suite 900
Washington, DC 20006-4707
Telephone: 202.737.0500
Facsimile: 202.626.3737
jsnyder@kslaw.com

J. Robert Sheppard III (of Counsel)
Texas Bar No. 24107910
1100 Louisiana Street, Suite 4100
Houston, TX 77002-5213
Telephone: 713.751.3200
Facsimile: 713.751.3290
rsheppard@kslaw.com

**Attorneys for Axiom Space, Inc.**

## CERTIFICATE OF SERVICE

I certify that on June 11, 2025, a true and correct copy of the foregoing was served through electronic mail on the following:

Douglas N. Silverstein, Esq.
Catherine J. Roland, Esq.
KESLUK, SILVERSTEIN, JACOB & MORRISON
9255 Sunset Boulevard, Suite 411
West Hollywood, CA 90069
DSilverstein@californialaborlawattorney.com
CRoland@californialaborlawattorney.com
*Counsel for Opus Solaris, LLC and Beth Dean-Pope*

Beth Dean-Pope
c/o KESLUK, SILVERSTEIN, JACOB & MORRISON
9255 Sunset Boulevard, Suite 411
West Hollywood, CA 90069
beth@opussolaris.com; badean2001@gmail.com
*Defendant*

*/s/ Jesse Snyder*
Jesse Snyder
