**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| AXIOM SPACE, INC., | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 4:25-cv-01262 |
| | § | **JURY DEMANDED** |
| OPUS SOLARIS, LLC, and | § | **DAMAGES, PRELIMINARY** |
| BETH DEAN-POPE, | § | **INJUNCTION, AND PERMANENT** |
| Defendants. | § | **INJUNCTION REQUESTED** |

### NOTICE

The Court entered an Order on June 15, 2025, directing Axiom Space, Inc. by April 17, 2026 to file further notice with the Court as to whether the claims that the Court previously dismissed without prejudice could be dismissed with prejudice. (Docket Entry No. 26) Axiom Space hereby notifies the Court that all claims asserted in this case can be dismissed with prejudice. In doing so, Axiom Space will provide notice to Defendants of any further action taken by the Court in this case.

Dated: April 17, 2026

Respectfully submitted,

KING & SPALDING LLP

*/s/ Jesse Snyder*
Jesse Snyder (Attorney in Charge)
Texas Bar No. 24083884
1700 Pennsylvania Avenue, NW Suite 900
Washington, DC 20006-4707
Telephone: 202.737.0500
Facsimile: 202.626.3737
jsnyder@kslaw.com

**Attorney for Axiom Space, Inc.**

# CERTIFICATE OF SERVICE

I certify that on April 17, 2026, a true and correct copy of the foregoing was served through electronic mail on the following:

Douglas N. Silverstein, Esq.
Catherine J. Roland, Esq.
KESLUK, SILVERSTEIN, JACOB & MORRISON
9255 Sunset Boulevard, Suite 411
West Hollywood, CA 90069
DSilverstein@californialaborlawattorney.com
CRoland@californialaborlawattorney.com
*Counsel for Opus Solaris, LLC and Beth Dean-Pope*

Beth Dean-Pope
c/o KESLUK, SILVERSTEIN, JACOB & MORRISON
9255 Sunset Boulevard, Suite 411
West Hollywood, CA 90069
beth@opussolaris.com; badean2001@gmail.com
*Defendant*

*/s/ Jesse Snyder*
Jesse Snyder